1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL NEIL JACOBSEN,                    1:14-cv-00108-JLT (PC)

12                 Plaintiff,                   ORDER TO SUBMIT APPLICATION
                                                TO PROCEED IN FORMA PAUPERIS
13          v.                                  OR PAY FILING FEE WITHIN 45 DAYS

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                   Defendant.
16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18   § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.

20          Accordingly, IT IS HEREBY ORDERED that:

21          Within 45 days of the date of service of this order, plaintiff shall submit the attached

22   application to proceed in forma pauperis, completed and signed, or in the alternative, pay the

23   $400.00 filing fee for this action.  **No requests for extension will be granted without a showing**

24   **of good cause**.

25   ///

26   ///

27   ///

28   ///

                                                      1

1    Within 60 days of the date of service of this order, plaintiff shall submit a certified copy of

2 his/her prison trust statement for the six month period immediately preceding the filing of the

3 complaint. **Failure to comply with this order will result in dismissal of this action.**

4

5 IT IS SO ORDERED.

6    Dated:   __January 29, 2014__                    _____/s/ Jennifer L. Thurston_
                                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2