# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NEIL JACOBSEN,<br><br>     Plaintiff,<br><br>v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>     Defendants. | Case No. 1:14-cv-00108-JLT (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT CHOE'S MOTION TO COMPEL**<br><br>**(Doc. 70)**<br><br>**21-DAY DEADLINE** |

On May 26, 2015, Defendant, Nurse Monica Choe, filed a motion to compel Plaintiff to provide further responses to propounded discovery and to appear for deposition. (Doc. 70.) Per Local rule 230(*l*), within 21 days of the date the motion was filed, Plaintiff must file either an opposition, or a statement of non-opposition to the motion. Accordingly, the Court **ORDERS**:

1. Plaintiff **SHALL** file an opposition or a statement of non-opposition to Defendant's motion to compel his discovery responses **within 21 days** from the date of service of this order;

2. **Plaintiff is warned that the failure to comply with this order will result dismissal of this action, with prejudice, for failure both to obey the Court's order and to prosecute;** and

///

///

3.  The Clerk's Office is directed to mail a copy of this order to Plaintiff at both the Fresno County Jail and at 285 N. Sylmar, Fresno, CA 93727.

IT IS SO ORDERED.

Dated: **June 2, 2016**                    **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE